1  WILLIAM M. KUNTZ  # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff
5

6

7

8              UNITED STATES DISTRICT COURT
         FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                    EASTERN DIVISION

10

11 TIFFANY YVETTE NELSON,          )   CASE NO.: **EDCV 14-00081 PLA**
                                   )
12              Plaintiff,         )   ORDER AWARDING
                                   )   EAJA FEES
13       v.                        )
                                   )
14 CAROLYN W. COLVIN, Acting       )
   Commissioner of Social Security )
15 Administration,                 )
                                   )
16              Defendant.         )
   _____ )
17

18     Based upon the parties' Stipulation for Award and Payment of Equal Access

19 to Justice Act (EAJA) Fees ("Stipulation"),

20     **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

21 Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND ONE

22 HUNDRED SIXTY-FOUR DOLLARS and 20/cents ($2,164.20), as authorized by

23 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

24

25     DATED: 12/8/14

26                                     _____
                                       Paul L. Abrams
27                                     UNITED STATES MAGISTRATE JUDGE

28

                                    1